UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. 07cv560-J (BLM) |
|     Plaintiff, | **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| v. | |
| RAINBOW OAKS, INC., et al., | |
|     Defendants. | |

The parties recently notified the Court that this case has settled [Doc. No. 6]. A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **June 21, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

///

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

07cv560-J (BLM)

1  If the fully executed joint motion for dismissal is not filed by
2 **June 21, 2007**, then all counsel of record and unrepresented parties are
3 required to appear **in person** for a Settlement Disposition Conference.
4 The Settlement Disposition Conference will be held on **June 26, 2007** at
5 **9:00 a.m.** in Courtroom A.

6  If counsel of record or any unrepresented party fails to appear at
7 the Settlement Disposition Conference, or the parties fail to file the
8 signed joint motion for dismissal in a timely manner, the Court will
9 issue an Order to Show Cause why sanctions should not be imposed for
10 failing to comply with this Order.

11  All other pending dates before Magistrate Judge Major are hereby
12 vacated.  Any matters currently scheduled before the district judge
13 shall remain in effect pending notice from that court.

14  **IT IS SO ORDERED.**

15 DATED:  May 11, 2007

16

17                              _____
                                BARBARA L. MAJOR
18                              United States Magistrate Judge

23 COPY TO:

24 HONORABLE NAPOLEON A. JONES, JR.
   U.S. DISTRICT JUDGE
25
   ALL COUNSEL